UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: : | |
| : | |
| WJH ELM STREET SOMERVILLE, LLC : | Chapter 11 |
| Debtor : | Case No. 24-11110-JEB |
| : | |

**DEBTOR'S MOTION TO ALLOW PRIVATE SALE OF REAL ESTATE ON AN EXPEDITED BASIS**

To the Honorable Janet E. Bostwick, Bankruptcy Judge:

Now respectfully represents WJH Elm, LLC (hereinafter "Debtor") who moves this Honorable Court for an order allowing it to conduct a private sale of its real estate which is situated at 19 Elm Street, Somerville, MA (herein "Property").

In support hereof, the Debtor states the following:

1. That it filed a petition pursuant to Chapter 11 of the Bankruptcy Code on June 3, 2024.

2. That the Debtor's intention is to fulfill the terms of the purchase and sale agreement as described hereunder and sell its real estate and have the proceeds of said sale be applied to usual closing costs, mortgages, liens, and encumbrances of record so that all its claims will be liquidated in full.

3. That prior to the filing of this Chapter 11, the Debtor had executed a purchase and sale agreement for the Property from Montalto Group, LLC, a Delaware limited liability company with a usual place of business at 300 Andover Street – Suite 254, Peabody, MA, which had been part of the acquisition group for the Debtor's real estate and is now pursuant to the above-referenced purchase and sale agreement to acquiring the real estate, for the purchase

price of One Million Nine Hundred Thousand and 00/100 ($1,900,000.00) Dollars (a copy of said executed purchase and sale agreement is annexed hereto as **Exhibit A**, the content of which is specifically incorporated herein).

4. That the Debtor now seeks this Court's approval pursuant to Section 363 of the Bankruptcy Code to sell the Property to the Montalto Group, LLC for the amount set forth in Paragraph 3 supra.

5. That the Debtor believes that this intended private sale of the Property will be in its best interests and the best interests of its Estate.

6. That the Debtor believes that this intended private sale of the Property is in the best interests of all parties-in-interest to this matter.

7. That the sale of the Property will be free and clear of all liens, claims, interests, and encumbrances, if any, and specifically of the claim held by the lienholders listed on **Exhibit "B"**.

8. That the Property is currently derelict, vacant, and awaiting demolition prior to being rehabbed by the intended purchaser of the Property and, its only value is its location.

9. That, as such, the Debtor requests that this Court's order authorizing the Private Sale provides that any liens, claims, interests, or encumbrances in or against the Property sold at the private sale shall attach to the sales proceeds and be paid at the closing.

10. That a copy of this Motion has been served upon the Office of the United States Trustee, all creditors and parties-in-interest and all parties that have requested notice of pleadings in this case.

11. That the Debtor requests that this Court find such service to be appropriate and

sufficient notice in these circumstances.

12. That the Debtor requests that this Court consider and determine this on an expedited basis because the intended buyer's financing is in place and it is ready to close on the Property.

WHEREFORE, the Debtor requests that this Honorable Court allow them on an expedited basis to (i) conduct the private sale of the real estate situated at 19 Elm Street, Somerville, MA to Montalto Group, LLC, a Delaware limited liability company, with a usual place of business at 300 Andover Street – Suite 254, Peabody, MA for the purchase price of One Million Nine Million and 00/100 ($1,900,000.00) Dollars; (ii) approve the Notice of Proposed Private Sale Free and Clear of Liens attached hereto as **Exhibit "C"** as a proper notice of sale; and (iii) for such other relief that this Honorable Court may deem appropriate and just.

Respectfully submitted
WJH ELM STREET SOMERVILLE, LLC,
By its attorney

/s/ Barry R. Levine
Barry R. Levine (BBO No. 296500)
100 Cummings Center – Suite 327G
Beverly, MA 01915
Dated: June 13, 2024    978.922.8440 – phone
barry@levineslaw.com

CERTIFICATE OF SERVICE

    I, Barry R. Levine, state that on June 13, 2024, I electronically filed Debtor's Motion to Allow Private Sale of Real Estate on an Expedited Basis with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants and those listed below by first-class mail postage prepaid:

    Richard King, Assistant US Trustee
    Justin Kesselman, for Richard King


          /s/ Barry R. Levine
          Barry R. Levine


Alexander Mostov
14 Cass Street - Apt. 4A
Brooklyn, NY 11235

Fund the Flip, Inc. d/b/a Upright
1300 East 9th Street - Suite 800
Revere, MA 44114

Sean D. Galvin
46 Spy Pond Parkway
Arlington, MA 02474

City of Somerville
93 Highland Avenue
Somerville, MA 02143

Alexander Mostov
14 Cass Street - Apt. 4A
Brooklyn, NY 11235

Fund the Flip, Inc. d/b/a Upright
1300 East 9th Street - Suite 800
Revere, MA 44114

Sean D. Galvin
46 Spy Pond Parkway
Arlington, MA 02474

City of Somerville
93 Highland Avenue
Somerville, MA 02143