

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

WJH ELM STREET SOMERVILLE, LLC,

Debtor

Chapter 7
Case No. 24-11110-JEB

**Order**

**MATTER:**

#35 Expedited Motion filed by Assistant U.S. Trustee Richard King to Vacate [33] Order on Application to Employ

Having considered the Motion, the arguments of counsel at the hearing, and the record of the Proceedings, for the reasons set forth more fully below, the Court grants the Motion in part as follows. Barry R. Levine is disqualified from representing the Debtor as of August 7, 2024, and his authority to act as counsel is terminated as of such date. To the extent Mr. Levine seeks any compensation from the estate, any party may raise the conflicts arising prior to that date as a result of Mr. Levine's representation of Mr. Kahan or his spouse Olga Bassa.

The Court adopts the arguments raised by the United States Trustee at the hearing regarding disqualification. As counsel to the Chapter 11 Debtor, Mr. Levine had a duty to amend his affidavit and disclose any new connections to the parties that arose during the case. In another case, the Court did request that Mr. Levine alert the Court if any other affiliates of Ms. Bassa or Mr. Kahan filed bankruptcy proceedings, to ensure that the matters were heard by the same judge. However, that did not replace Mr. Levine's obligation to disclose to the parties in this case his representation of Mr. Kahan individually and his duty to amend his affidavit. Once Mr. Kahan filed personal bankruptcy, Mr. Levine faced a conflict of interest, and at a minimum an appearance of impropriety. No disclosure was made in either case. Only recently did Mr. Kahan file his schedules and statements in which he seeks to exempt his interest in this Debtor.

Moreover, when advised of the issue, Mr. Levine refused to amend his affidavit or take any appropriate action. He failed to recognize the serious breach of his obligations, or to consider any personal responsibility to correct the issue promptly.

Given the foregoing, Mr. Levine is disqualified as counsel as of the filing of Mr. Kahan's bankruptcy.

Dated: September 16, 2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

2