UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) |
| | ) |
| WJH Elm Street Somerville LLC | ) Chapter 7 |
| | ) Case No. 24-11110 |
| Debtor | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF JUSTIN A. KESSELMAN AS COUNSEL TO
<u>WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE</u>**

PLEASE TAKE NOTICE that Justin A. Kesselman hereby withdraws his appearance on behalf of William K. Harrington, United States Trustee, Region 1 (the "<u>United States Trustee</u>").

Pursuant to MLBR 9010-3(b), Assistant United States Trustee Richard T. King, Esq. presently has an appearance in the case on behalf of the United States Trustee.

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE,
REGION 1,

By:   <u>/s/ Justin A. Kesselman</u>
Justin A. Kesselman BBO#687793
Department of Justice
J.W. McCormack P.O. & Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109
Phone: (202) 377-9602
Dated:  May 16, 2025          justin.a.kesselman@usdoj.gov

1

# **CERTIFICATE OF SERVICE**

I certify that on May 16, 2025, true and correct copies of the foregoing notice of withdrawal were served via CM/ECF upon the individuals who have filed notices of appearance in the Court's CM/ECF database:

Kathleen R. Cruickshank on behalf of Trustee Harold B. Murphy
kcruickshank@murphyking.com,
bankruptcy@murphyking.com;kflynn@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com

Patricia A. Davis on behalf of Creditor FCI Lender Services, Inc. as servicer for Aero Mortgage Loan Trust 2019-1
bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Christine E. Devine on behalf of Interested Party Donald Lassman
christine@nicholsondevine.com,
devine.christiner109603@notify.bestcase.com;angelina@nicholsondevine.com;christine_492@ecf.courtdrive.com

Kate Heidbrink on behalf of Creditor FCI Lender Services, Inc. as servicer for Aero Mortgage Loan Trust 2019-1
bkecf@friedmanvartolo.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Barry R. Levine on behalf of Debtor WJH Elm Street Somerville, LLC
barry@levineslaw.com,
kathy@levineslaw.com;levinelawecfmail@gmail.com;r39812@notify.bestcase.com

Harold B. Murphy
mxc@hanify.com, ma33@ecfcbis.com;kflynn@murphyking.com

David Yunghans on behalf of Creditor FCI Lender Services, Inc. as servicer for Aero Mortgage Loan Trust 2019-1
bkecf@friedmanvartolo.com

|  |  |
|---|---|
|  | WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE,<br>REGION 1, |
| By: | /s/ Justin A. Kesselman<br>Justin A. Kesselman BBO#687793<br>Department of Justice<br>J.W. McCormack P.O. & Courthouse<br>5 Post Office Square, Suite 1000<br>Boston, MA 02109<br>Phone: (202) 377-9602 |
| Dated: May 16, 2025 | justin.a.kesselman@usdoj.gov |

3