

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>WJH ELM STREET SOMERVILLE, LLC,<br><br>Debtor | Chapter 7<br>Case No. 24-11110-JEB |

### Proceeding Memorandum and Order

**MATTER:**
#56 Motion filed by Creditor FCI Lender Services, Inc. as servicer for Aero Mortgage Loan Trust 2019-1 for Relief from Stay Re: 19 Elm Street, Somerville, MA 02143

**Decision set forth more fully as follows:**
Hearing held on November 18, 2025. For the reasons set forth on the record, the hearing is continued to **January 13, 2026, at 10:00 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

 In order to provide flexibility and maximize access for parties in interest in addressing the Motion, the hearing is scheduled as a Hybrid Hearing. Parties in interest and counsel may choose to participate either remotely by video or in person. Parties in interest and counsel who wish to appear remotely may do so by complying with the terms of the Order Regarding Procedures for Appearances by Video at Hearings dated June 13, 2024, ("Video Hearing Order"). Any pro se parties or counsel intending to attend by video must provide the Notice of Participation required under Paragraph II, 2 of that order to the Courtroom Deputy, Lisa Belanger, at lisa_belanger@mab.uscourts.gov by January 8, 2026, at 4:00 p.m. As provided in the Video Hearing Order, appearance by video is limited to counsel and parties in interest. Members of the general public are welcome to attend the hearing in person in the Courtroom. **Requests submitted after the above deadline may not be considered by the Court.**

FCI Lender Services, Inc. is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **November 20, 2025**. If it fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: November 18, 2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge