

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | WJH Elm Street Somerville, LLC | Ch. 7 |
| | | 24-11110-JEB |
| | Debtor | |

### Order

**MATTER:**

#126 Motion filed by Trustee Harold B. Murphy For Order Authorizing and Approving: (I) Settlement Agreement with Wilmington Savings Fund Society, FSB Pursuant to Rule 9019 of Federal Rule of Bankruptcy Procedure; and (II) Sale of Real Property by Public Auction

The Motion is denied without prejudice to the Trustee filing the Motion to Compromise and Motion to Sell as two separate motions.

Dated: 02/11/2026

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge