**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re:<br><br>**WJH ELM STREET SOMERVILLE, LLC**<br><br>Debtor. | )<br>)<br>)   **Chapter 7**<br>)<br>)   **Case No. 24-11110 JEB**<br>)<br>) |

**NOTICE OF INTENDED PUBLIC AUCTION SALE OF REAL PROPERTY, DEADLINE FOR OBJECTIONS, AND FINAL HEARING ON MOTION BY CHAPTER 7 TRUSTEE FOR ENTRY OF ORDER AUTHORIZING THE SALE OF REAL PROPERTY BY PUBLIC SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS EXCEPT FOR MUNICIPAL LIENS**
*(19 Elm Street, Somerville, Massachusetts)*

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2), 6004, and in accordance with the *Motion By Chapter 7 Trustee For Entry of Order Authorizing Sale of Real Property By Public Auction Sale Free And Clear Of Liens, Claims, Interests And Encumbrances Except for Municipal Liens* ("Sale Motion"), Harold B. Murphy as he is the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of WJH Elm Street Somerville, LLC (the "Debtor", intends to sell by public auction sale (the "Public Sale") all of the Estate's right, title and interest in certain real property located at 19 Elm Street, Somerville, Massachusetts (the "Property").

The terms of the sale are more particularly described below and are also disclosed in the Sale Motion. A copy of the Sale Motion is available from counsel to the Trustee upon request.

**I.   THE PROPERTY**

1. The Property consists of an approximately 2,042 square foot two family home with three bedrooms and three bathrooms on a lot of approximately 4,290 which is in need of substantial renovations. The Property is a short walk to Porter Square, Harvard Square and Davis Square.

850450-v1

2. You may obtain additional information regarding the Property from the Paul E. Saperstein Co., Inc., the Trustee's proposed auctioneer (the "Auctioneer"), at www.pesco.com.

## II. THE PROPERTY SHALL BE SOLD FREE AND CLEAR OF LIENS, CLAIMS INTERESTS AND ENCUMBRANCES EXCEPT FOR MUNICIPAL LIENS

3. Pursuant to 11 U.S.C. § 363(f) and the Sale Motion, the Property is to be sold free and clear of liens, claims, interests, and encumbrances whatsoever, known, or unknown, including without limitation those noted in the Sale Motion, except for municipal liens and as to restrictions, easements, and limitations. The Property is to be sold in "as is" and "where is" condition. Further, the Trustee makes no representations or warranties whatsoever, either express or implied, with respect to the Property.

4. All valid liens, claims or encumbrances shall attach to the proceeds of the sale of the Property. The validity and enforceability of any contested lien shall be determined by the Bankruptcy Court after due notice and hearing.

## III. PUBLIC SALE AUCTION DATE, DEADLINE FOR OBJECTIONS, AND HEARING ON SALE MOTION

5. A hearing on the Sale Motion and any objections thereto are scheduled to take place on **March 24, 2026 at 10:15 A.M. (the "Sale Hearing")** before the Honorable Janet E. Bostwick, United States Bankruptcy Judge, United States Bankruptcy Court, John W. McCormack Post Office & Court House, 5 Post Office Square, Boston, Massachusetts 02109 (the "Court"). Any party who has filed an objection to the Sale Motion is expected to be present at the Sale Hearing, failing which the objection may be overruled. If no objection to the Sale Motion is timely filed, the Court, in its discretion, may cancel the Sale Hearing and approve the Sale Motion.

6. Any Objection to the Sale Motion must be filed with the Court and served upon counsel to the Trustee by **March 17, 2026 at 4:30 PM.**

7. If the Sale Motion is approved, the Public Sale will be held at the Property on **April 16, 2026 at 11:00am.**

## IV. TERMS OF THE SALE

8. The Public Sale will be conducted pursuant to the following terms:

    a. The Property shall be transferred on an "as is, where is, and how is" basis, without any representation or warranty of any kind by the Trustee.

    b. The Trustee reserves the right to withdraw the Property from the Public Sale at or prior to the Public Sale.

    c. The Trustee reserves the right to reject, in his sole discretion, any and all bids for all the Property.

2

850450-v1

    d.  The Trustee reserves the right prior to the Public Sale to enter into an agreement for the disposition of the Property and to sell the Property by private sale subject to Court approval.

    e.  To the extent that the Trustee does not consummate a sale to highest bidder for the Property for any reason, the Trustee may sell the Property to the second highest bidder(s) for the Property in his discretion.

    f.  Pursuant to section 363(f) of the Bankruptcy Code, the Property shall be sold free and clear of any liens, claims, encumbrances and interests, except for municipal liens, with such liens, claims, encumbrances and interests, if any, attaching to the proceeds of such sale to the same extent, validity and priority as they existed on the date of the Public Sale.

    g.  The Trustee, at or before the Public Sale, may impose such other and additional terms and conditions as he determines to be in the best interests of the Trustee, the estate, its creditors, and other parties in interest.

    h.  Additional terms may be announced by the Auctioneer at the time of the Public Sale and may be available at www.pesco.com.

9.  You may receive a complete copy of the Sale Motion by contacting the Trustee's counsel at the address set forth below.

Respectfully Submitted,

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE

By his counsel,

*/s/ Kathleen R. Cruickshank*
Harold B. Murphy (BBO #326610)
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts 02109
Tel: (617) 423-0400
Email: KCruickshank@murphyking.com

Dated: February 12, 2026

3

850450-v1