**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **In re:** | **)** |
| | **)** |
| | **)**  **Chapter 7** |
| **WJH Elm Street Somerville, LLC** | **)** |
| | **)**  **Case Nos. 24-11110-JEB** |
| | **)** |
| **Debtor.** | **)** |
| | **)** |

**REPORT OF TRUSTEE REGARDING PUBLIC AUCTION SALE OF REAL PROPERTY**
(16 Elm Street, Somerville, MA)

To the Honorable Janet E. Bostwick, United States Bankruptcy Judge:

Pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1), Harold B. Murphy, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate ("Estate") of WJH Elm Street Somerville, LLC (the "Debtor") submits this report with respect to the public sale 16 Elm Street, Somerville, Massachusetts:

1.      On February 12, 2026, the Trustee filed the *Motion by Chapter 7 Trustee for Entry of Order Authorizing Sale of Real Property by Public Auction Sale Free and Clear of Liens, Claims, Encumbrances, and Interests Except for Municipal Liens (19 Elm Street, Somerville, Ma 02143)* [docket 139] (the "Sale Motion") seeking authority to sell the Estate's right, title and interest in the real property located at 19 Elm Street, Somerville, MA 02143 (the "Real Property") at public auction sale.

2.      On April 16, 2026, an auction was conducted by the Trustee with Paul E. Saperstein Co., Inc., his Court authorized auctioneer.  At the conclusion of the auction, Siddarth Gehlot or nominee (the "Purchaser") was determined to be the high bidder for the Real Property in the amount of $692,000 entered into a Memorandum of Sale with the Trustee.

1

852454

3.      On April 23, 2026, the Purchaser paid an additional deposit to the Trustee in the amount of $69,200.

4.      The Memorandum of Sale provides for the Trustee and the Purchaser to close on the sale of the Real Property by May 18, 2026.

5.      In the event that the sale of the Real Property to the Purchaser does not close, the Trustee will proceed with the purchase with the second highest bidder.

Respectfully Submitted,

HAROLD B. MURPHY, CHAPTER 7 TRUSTEE,
WJH Elm Street Somerville, LLC
By his counsel,

 */s/ Kathleen R. Cruickshank*
Harold B. Murphy (BBO #326610)
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts 02109
Tel. No.: (617) 423-0400
Email: KCruickshank@murphyking.com

Dated:  April 30, 2026

852454